IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILLARD GUTTER COMPANY, a Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,<br><br>Defendant. | 8:25CV587<br><br>CASE CONFERENCE INSTRUCTIONS |

To facilitate conferences with Magistrate Judge Carson, <u>unless the Court's order states otherwise</u>, the parties shall use the following instructions and codes assigned to this case:

### WEBEX CASE CONFERENCE INSTRUCTIONS

For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

Dial 1-855-244-8681

Enter the access code: 2310 555 0906, then hit the # key

Dated this 6th day of October, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge